## INTAMIN, LTD., Plaintiff–Appellant,

v.

## MAGNETAR TECHNOLOGIES CORP., Defendant–Appellee.

### No. 2010–1003.

United States Court of Appeals, Federal Circuit.

Sept. 9, 2010.

Ted S. Ward, Berke, Kent & Ward LLP, Los Angeles, CA, for Plaintiff–Appellant.

John B. Sganga Jr., Paul A. Stewart, Joseph S. Cianfrani, David G. Jankowski, Christopher L. Ross, Knobbe, Martens, Olson & Bear, LLP, Irvine, CA, for Defendant–Appellee.

## ORDER

Appellant having filed the required appendix, it is

ORDERED that the order of dismissal and the mandate be, and the same hereby are,

VACATED and RECALLED, and the notice of appeal is REINSTATED.